1066

[No. 50929-2-I. Division One. December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY EUGENE WHITT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00292-1, Kenneth L. Cowsert, J., entered July 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51124-6-I. Division One. December 29, 2003.]

SESSIONS & CO., P.S., *Appellant*, v. CLYDE E. CARLSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-05825-8, Mary Yu, J., entered August 9 and August 30, 2002, and January 7, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Appelwick, JJ.

[No. 51396-6-I. Division One. December 29, 2003.]

BARBARA CRITTENDEN, ET AL., *Appellants*, v. BELLEVUE SCHOOL DISTRICT NO. 405, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-34750-1, Sharon S. Armstrong, J., entered November 27, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Grosse, J.

[No. 51414-8-I. Division One. December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN B., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-8-01031-0, Katherine Eldemar and Charles R. Snyder, JJ. Pro Tem., entered October 9 and December 31, 2002. *Affirmed* by unpublished per curiam opinion.